**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | | |
|---|---|---|
| **RAFFAELLA B. GIBBARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL NO. 5:05CV44** |
| | ) | |
| **JOHN E. POTTER,** | ) | |
| **POSTMASTER GENERAL,** | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| **AGENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT PRIVACY ACT ORDER

Plaintiff seeks production of records held by the United States Government.

Counsel for Defendant has objected to the production of certain documents based on

concerns that the production is prohibited by the Privacy Act of 1974, 5 U.S.C. §552a.

Plaintiff's request for a Privacy Act Order is consented to by the parties.  It

appears that the disclosure requested is in the interest of justice and subject to

Protective Order entered simultaneously herewith.

IT IS THEREFORE ORDERED that

1.     To the extent that Defendant objects to the production of documents on

the ground that such production is prohibited by the Privacy Act of 1974, 5 U.S.C. §

552a, the objection is overruled and Defendant shall produce the requested documents

and other information and material.  The Court is authorized to enter the Order pursuant

to 5 U.S.C. § 551a(b)(11).

2.     This Order is without prejudice to any other objections that the Defendant

may have to the discovery requests.

3.    Nothing in this order shall be construed to limit the redaction of documents to be produced when counsel for Defendant deems such redaction necessary for Privacy Act material unrelated to this lawsuit.

Signed: August 4, 2006

David C. Keesler
United States Magistrate Judge