# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:05CV44-V

| | |
|---|---|
| RAFFAELA B. GIBBARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHN E. POTTER, Postmaster General, ) | |
| and UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendants' Potter and United States Postal Service (hereinafter "Defendants") Motion for Summary Judgment. Document #18. To date, the Plaintiff has not responded to this Motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff will respond to this Motion within ten (10) days of this order. Failure to respond to this Motion <u>on or before August 1, 2008</u> may result in the summary dismissal of this lawsuit and all remaining claims against the Defendants.

**SO ORDERED.**

Signed: July 22, 2008

Richard L. Voorhees
United States District Judge