# United States District Court
# For The Western District of North Carolina
# Statesville Division

RAFFAELA B. GIBBARD,

    Plaintiff(s),

vs.

JOHN E. POTTER, POSTMASTER GENERAL, AND UNITED STATES POSTAL SERVICE, AGENCY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV44

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2009, Order.

Signed: January 21, 2009

_____
Frank G. Johns, Clerk
United States District Court